STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Dec 10 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-476 JD |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| AARON HAYNES MORRIS, | |
| Defendant. | SAN FRANCISCO VENUE |

# INFORMATION

The United States Attorney charges:

<u>Introductory Allegations</u>

At all times relevant to this Information:

1.  Defendant AARON HAYNES MORRIS resided in or around Los Gatos, California.

2.  Company R was a Japanese electronic commerce and online retailing company based in Tokyo, Japan.  Company R has offices in San Mateo, California, and MORRIS was employed there from approximately June 2019 to October 2019.

3.  Company CC was a human resources consulting firm with offices on Post Street in San Francisco, California.  MORRIS was employed there from approximately September 2019 to October 2019.

INFORMATION

4.      Victig Screening Solutions was a background check company headquartered in Bluffdale, Utah. In approximately June 2019, MORRIS provided false information to Victig electronically as part of his background check for Company R.

5.      In or about October 2019, Company R received a call from Company CC inquiring about MORRIS. Company CC stated MORRIS had been working for them and had just been terminated. Company R had no prior knowledge that MORRIS was also employed at Company CC, and Company R thereafter terminated MORRIS.

COUNT ONE:        (18 U.S.C. § 1343 – Wire Fraud)

6.      Paragraphs 1 through 5 of this Information are re-alleged and incorporated as if fully set forth here.

7.      Beginning no later than in or about June 2019 and continuing through in or about May 2020, in the Northern District of California and elsewhere, the defendant,

AARON HAYNES MORRIS,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts.

Scheme to Defraud

8.      MORRIS defrauded multiple companies in the San Francisco area, including Company R and Company CC, by materially misrepresenting his background and qualifications for employment. MORRIS provided false information in order to get hired at the companies, and he was simultaneously employed at multiple companies without his employers knowing.

Manner and Means

9.      MORRIS used the following manner and means, among others, to accomplish the object of the scheme:

  a.    Providing a fabricated resume to prospective employers that (i) represented that he had degrees from Columbia University that he had not in fact obtained including a JD (law degree), MBA (business degree), and BA (bachelor's degree); (ii)

misrepresented his employment history, including by claiming that he had worked at McKinsey & Company and Salesforce;

    b. Using his brother's Social Security number and date of birth for purposes of prospective employers' background checks, in order to conceal the fact that MORRIS had been convicted of fraud in Florida in 2015 for embezzling from his then-employer;

    c. Creating an email alias, clf-2116@columbia-gsb.org, and posing as a Columbia Business School employee for the purposes of verifying his supposed enrollment at the school.

## Use of the Wires

10. On or about June 4, 2019, in the Northern District of California and elsewhere, for purpose of executing the aforementioned scheme and artifice to defraud, the defendant,

**AARON HAYNES MORRIS,**

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, an email to Victig from "CLAUDIA FONG," purported Senior Associate Director of Operations at Columbia Business School, email address clf-2116@columbia-gsb.org, confirming MORRIS had attended Columbia.

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:     (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

11. The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

12. Upon conviction for the offense set forth in this Information, the defendant,

**AARON HAYNES MORRIS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived

from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to a forfeiture of money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: December 10, 2021

STEPHANIE M. HINDS  
Acting United States Attorney

/s/ *Leif Dautch*  
LEIF DAUTCH  
Assistant United States Attorney

INFORMATION                              4