STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7534
    FAX: (415) 436-7234
    Leif.Dautch@usdoj.gov

Attorneys for United States of America

DAVID R. CALLAWAY, (SBN 121782)
*DCallaway@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorney for Defendant
Aaron Haynes Morris

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON HAYNES MORRIS,<br><br>    Defendant. | Case No. 21-CR-476 JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

    The parties hereby stipulate and jointly request that the sentencing hearing in this matter currently scheduled for July 18, 2022 be continued two weeks, to August 8, 2022, at 10:30 p.m., before The Honorable James Donato, United States District Judge.

    United States Probation Officer Monica Romero has been consulted and agrees to the

1

continuance and to the new date.

The reason for the continuance is that USPO Romero has requested additional supporting information from Mr. Morris that he was unable to provide before the 35-day deadline to release the draft Presentence Report.

IT IS SO STIPULATED:

Dated: June 24, 2022

STEPHANIE M. HINDS
United States Attorney


By: /s/ *Leif Dautch*
LEIF DAUTCH
Assistant United States Attorney

Dated: June 24, 2022

GOODWIN PROCTER LLP


By: /s/ *David R. Callaway*
David R. Callaway
*DCallaway@goodwinlaw.com*

Attorneys for Defendant
Aaron Haynes Morris

### [PROPOSED] ORDER

For good cause shown, as recited by the parties above, the Court HEREBY ORDERS that the sentencing currently scheduled for July 18, 2022 in the above-captioned case be continued to August 8, 2022.

IT IS SO ORDERED.

DATED: June 29, 2022

_____
HONORABLE JAMES DONATO
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
NO. 21-CR-476 JD

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *David R. Callaway*
David R. Callaway