```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LEIF DAUTCH (CABN 283975)
Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7534
        FAX: (415) 436-7234
        Leif.Dautch@usdoj.gov

Attorneys for United States of America

DAVID R. CALLAWAY, (SBN 121782)
DCallaway@goodwinlaw.com
GOODWIN PROCTER LLP
601 Marshall Street
Redwood City, California  94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

Attorneys for Defendant
Aaron Haynes Morris
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-476 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| v. | |
| AARON HAYNES MORRIS, | |
| Defendant. | |

The parties hereby stipulate and jointly request that the sentencing hearing in this matter currently scheduled for August 8, 2022 be continued to Monday, October 24, 2022, at 10:30 a.m., before The Honorable James Donato, United States District Judge.

United States Probation Officer Monica Romero has been consulted and agrees to the

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING
NO. 21-CR-476 JD

continuance and to the new date.

The reason for the continuance is that defense counsel are not available on the currently scheduled sentencing date. After consultations with the Court and USPO Romero, the parties determined that the first mutually available date that is also agreeable to the Court is October 24, 2022.

IT IS SO STIPULATED:

Dated: July 5, 2022                          STEPHANIE M. HINDS
                                             United States Attorney


                                             By: /s/ *Leif Dautch*
                                                 LEIF DAUTCH
                                                 Assistant United States Attorney

Dated: July 5, 2022                          GOODWIN PROCTER LLP


                                             By: /s/ *David R. Callaway*
                                                 David R. Callaway
                                                 DCallaway@goodwinlaw.com

                                             Attorneys for Defendant
                                             Aaron Haynes Morris


## [PROPOSED] ORDER

For good cause shown, as recited by the parties above, the Court HEREBY ORDERS that the sentencing currently scheduled for August 8, 2022 in the above-captioned case be continued to Monday, October 24, 2022, at 10:30 a.m.

IT IS SO ORDERED.


DATED:  July 14, 2022                        _____
                                             HONORABLE JAMES DONATO
                                             United States District Judge

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *David R. Callaway*
David R. Callaway